**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| **U.S. LIQUIDS OF PENNSYLVANIA,** | § | **CASE NO.  04-41526-H5-7** |
| **INC.** | § | **(CHAPTER 7)** |
| **DEBTOR** | § | (JOINTLY ADMINISTERED) |
| | § | |

**MOTION TO PAY FUNDS
INTO THE REGISTRY UNDER
§  11 U.S.C. §374 (A)**

The undersigned trustee reports:

XX     The dividend(s) payable to the creditor(s) listed on Exhibit "A" hereto is(are) in an amount less than the amount specified in Bankruptcy Rule 3010.

_____     More than ninety (90) days have passed since the supplemental final distribution, and the dividend(s) payable to the creditor(s) listed on Exhibit "A" hereto remain unclaimed.

Pursuant to Bankruptcy 3010 or 3011, as applicable, and 11 U.S.C. §347(a),  the undersigned trustee requests authorization to pay small and/or unclaimed dividends in the total amount shown on said Exhibit "A" for deposit into the United States Treasury, pursuant to Chapter 129 of Title 28 (28 U.S.C. 2041, et seq).

Dated: May 19, 2011            */s/ Rodney Tow*
                                          Federal ID # 3196
                                          Rodney D. Tow
                                          Chapter 7 Trustee
                                          26219 Oak Ridge Drive
                                          The Woodlands, TX 77380
                                          281-681-9100

CERTIFICATE OF SERVICE

     I certify that a copy of the foregoing was sent electronically  to the U.S. Trustee, 515 Rusk, Suite 3516, Houston, TX 77002 on the 19th  of May, 2011.
                                          */s/ Rodney Tow*
                                          Rodney Tow, Trustee

EXHIBIT "A"

PLEASE CHECK ONE:

<u>XXX</u>   Small Dividends

_____         Unclaimed Dividends

**DIVIDEND REPORT**                                                                                            Page No:   1

| | | |
|---|---|---|
| **Case No:** | 04-41526-H5-7 | |
| **Case Name:** | U S LIQUIDS OF PENNSYLVANIA INC | |
| **Trustee Name:** | Rodney Tow | |

| | | |
|---|---|---|
| **Date Printed:** | 5/19/2011 |
| **Check Number:** | 14 |
| **Check Date:** | 05/19/2011 |

| Claim Number | Claimant Name | Amount Claimed | Amount Paid |
|:---:|---|---:|---:|
| 1 | BEAVER COUNTY PSYCHIATRIC SERV<br>219 Third Street<br>Beaver, PA 15009 | $65.00 | $3.19 |

**Total Check Amount:** **$3.19**